**TEXAS ASSOCIATION OF BUSINESS; William O. Hammond, Plaintiffs–Appellants,**

v.

**Mike BADNARIK; Tony Buzbee; David Cain; Paul Clayton; David Counts; Bob Glaze; Mike Head; Donnie Jarvis; Nathaniel Lafleur; David Lengefeld; Josephine Miller; Robin Moore; Robert Parker; Raul Prado; George Robinson; Tom Uher; Ken Yarbrough, Defendants–Appellees.**

No. 03–50583.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 2, 2004.

William Andrew Taylor, Amanda Staines Peterson, Andy Taylor & Associates, Houston, TX, for Plaintiffs–Appellants.

Renea Hicks, Law Office of Max Renea Hicks, James Greenleaf Boyle, Law Offices of Jim Boyle, Austin, TX, for Defendants–Appellees.

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.[*]

The Texas Association of Business (TAB) and William O. Hammond appeal

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the district court's dismissal of their complaint for lack of jurisdiction. They argue that the district court erred in determining that the complaint did not allege facts establishing an actual case or controversy as they have been threatened with lawsuits and a criminal investigation concerning their creation and publishing of issue-oriented advertisements discussing the records of various candidates for the 2002 Texas elections. Because TAB and Hammond have not alleged that the threat of litigation is fairly traceable to the challenged action of the defendants, they have not met their burden to establish that an actual case or controversy exists. *See Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560–61, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.